UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | ED CR 19-00151 DSF | Date | May 20, 2019 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Interpreter | **Spanish Interpreter, Eleazar Carrasco |
|---|---|

| Renee Fisher | Pat Cuneo | Robert Steven Trisotto |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jose Luis Canales** | √ | √ | | 1) Carlos L. Juarez | √ | √ | |
| 3) Carlos Romer-Coriche | √ | √ | | 3) David J. Kaloyanides | √ | √ | |

**Proceedings:**   PRETRIAL CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances.

The Court and counsel discuss the status of the case.

The matter is currently set for trial on July 2, 2019.  The parties will need additional time and a stipulation pursuant to the Speedy Trial Act will be filed.

The Court sets a Pretrial Conference for June 24, 2019 at 8:30 a.m.