EXHIBIT 1

| U.S. Department of Homeland Security | |
|---|---|
| U.S. Customs and Border Protection | REPORT OF INVESTIGATION |

| Event no.<br>IDO1904000063 | TITLE: Material Witnesses Interview | Office<br>ELC/SIU |
|---|---|---|

On August 15, 2019, four out of the five material witness were interviewed regarding the criminal case of U.S. vs CANALES, GONZALES, and ROMERO-CORICHE at the U.S. Attorney's Office in Riverside, California.  Also present were Assistant United States Attorney's (AUSAs) Robert Trisotto and Eli Alcaraz, a designated court interpreter, Frank Barcelo, defense attorney Caroline Hahn, paralegal specialist Leticia Martinez, and Supervisory Border Patrol Agent (SBPA) Gerardo Rodriguez.  A fifth material witness was scheduled for a further date.  After being advised of the identities of all individuals present and the nature of the interview, the four material witnesses provided the following information:

During the interview, Pasilla-Gutierrez and Campos-Vazquez stated that $5,000 was paid to ROMERO for smuggling their toddler into the United States.  Additionally, Pasilla-Gutierrez stated that a woman called her mother in Puebla, Mexico numerous times and went to her home.  When her mother asked for the woman's name, the woman would not give her name but did say that she was ROMERO's wife.  During their conversations, the mother said that threats were made to her.  The woman told her mother to tell Pasilla-Gutierrez to testify that she and Campos-Vazquez were ROMERO's cousins.  She also continued to hound her mother for the money they owed for being smuggled into the United States. Because Pasilla-Gutierrez and Campos-Vazquez were worried about their family's safety, they gave Alejandro Perez-Morales $10,000 to pay to the smugglers.  Both Pasilla-Gutierrez and Campos-Vazquez denied any relationship or prior interactions with ROMERO and ROMERO's family members.

Investigator:
**Gerardo Rodriguez**
**Supervisory Border Patrol Agent - Intel**

Date: August 15, 2019

USA_0002870