EXHIBIT 2

**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

REPORT OF INVESTIGATION

| Event no.<br>IDO1904000063 | TITLE: Jail Calls from ROMERO | Office<br>ELC/SIU |
|---|---|---|

On August 16, 2019, Border Patrol Agent Garibay (BPA) received two compact discs (CDs). The CDs contained audio recordings of jail calls and video footage along with audio recording of jail visits for defendant ROMERO who was incarcerated at the San Bernardino County Jail at the time.

On August 18, 2019, BPA Garibay listened to phone call #211. This phone call occurred on August 07, 2019 at 11:37 a.m. ROMERO made the phone call to the phone number (323) 687-0202. In this conversation, ROMERO is talking to a female subject who is believed to be his wife.

Summary:

ROMERO is heard asking the female subject to write down a name of a detective who is going to call her at a later time. Then, ROMERO is heard telling this female subject to have "them" take her to his "cousins" parents. The female subject is heard asking ROMERO, "They are my cousins, no?" It is believed that she is asking for confirmation on whether or not they're her cousins. The female subjects appears to be confused about what ROMERO is asking her. ROMERO again tells her to go and talk to them so that they know what to say. ROMERO is heard instructing her to go today because they, the detectives, are going to start calling soon. ROMERO also tells this female subject to instruct Carmen and Wendy on what they need to say when they get asked about his "cousins".

On August 18, 2019, BPA Garibay listened to phone call #212. This phone call occurred on August 07, 2019 at 02:59 p.m. ROMERO made the phone call to the phone number (323) 687-0202. In this conversation, ROMERO is talking to the same female subject from earlier.

Summary:

ROMERO is heard asking the female subject if she had already found "them". The female subject replies "Yes." The female subjects then states she found the mother of RAYO. ROMERO then asked her if she found the father of ALEJANDRO. The female subject replies that he was not home but that she had already told "the lady". The female subject then explained to ROMERO that the lady told her that she does not often call "here" but that she will try to contact them again soon. ROMERO is heard asking the female subject if she had already called the girls (probably his daughters). She replies that she had already spoken with them. The female subject is heard saying she had already let "Guero" know and also says she's going to meet with him on Friday. Two of the material witnesses are in fact named Rayo Pasilla-Gutierrez and Alejandro Campos-Vasquez.

Investigator:
**Moises I Garibay**
**Border Patrol Agent**

Date: August 18, 2019

| U.S. Department of Homeland Security<br>U.S. Customs and Border Protection | REPORT OF INVESTIGATION |
|---|---|

| Event no.<br>IDO1904000063 | TITLE: Jail Calls from ROMERO | Office<br>ELC/SIU |
|---|---|---|

43  On August 18, 2019, BPA Garibay listened to phone call #215. This phone call occurred
44  on August 07, 2019 at 08:51 p.m. ROMERO made the phone call to the phone number
45  (323) 687-0202. In this conversation, ROMERO is talking to one of his daughters.
46
47  Summary:
48
49  ROMERO is heard asking his daughter, Carmen or Wendy, if the detective had called her
50  yet.  The daughter replied no and the ROMERO ask if her mother explained the situation
51  in which she answered "yes". ROMERO is also heard asking her if she knows what to
52  say when the detective calls her.  ROMERO is then heard explaining to his daughter to
53  tell the detective about his "cousins". ROMERO's daughter replies "Yes." ROMERO
54  then changed the subject and they began talking about ROMERO's grandchild.
55
56
57
58
59
60
61
62
63
64
65

Investigator:
**Moises I Garibay**
**Border Patrol Agent**

Date: August 18, 2019

USA_0002872