EXHIBIT 3

## Jail Call #211

| Voice | Transcription | Translation |
|---|---|---|
| Begin | Jail call #211 | August 07, 2019 |
| *Romero* | *Carlos Romero* | *Carlos Romero* |
| Female | Bueno | Hello |
| Romero | Inaudible | Inaudible |
| Female | Etsoy lavando | Im washing |
| Romero | Inaudible | Inaudible |
| Female | Inaudible | Inaudible |
| female | Mmmmm | Mmmmm |
| Romero | Inaudible | (Inaudible |
| Female | Inaudible | Inaudible |
| Romero | Que haces chaparra? | What are you doing shorty? |
| Female | Bueno | Hello / OK |
| Romero | Ah | Ah |
| Female | Dice Inaudible | It says Inaudible |
| Romero | Nombre | Name |
| Romero | Apunta un nombre | Put a name down |
| Female | Eh | Huh |
| Female | Ah, esperame | Ok, wait |
| Romero | Es el detectivo | It's the detective |
| Female | Y, eso para que? | And that's for what? |
| Romero | Le van a hablar Wina, Winona y Nene | They are going to call Wina, Winona and Nene. |
| Female | A quien? | Who? |
| Romero | Le van a hablar Wina, Winona y | They are going to call Wina, Winona |

|        | Nene                          | and Nene.                      |
|--------|-------------------------------|--------------------------------|
| Female | Eh                            | Huh                            |
| Romero | Es porque estoy aqui          | It's the reason I'm here       |
| Female | Y eso para que?               | And what is that for?          |
| Romero | Si                            | Yes                            |
| Female | Mmmm                          | Mmmm                           |
| Female | Uh, huh                       | Uh, huh                        |
| Female | Oh, haber                     | Oh, let me hear                |
| Female | "S"                           | She says the letter "S"        |
| Romero | "N"                           | He says the letter "N"         |
| Romero | Inaudible / R - A             | Inaudible / Letter R - A       |
| Female | R - A                         | She says the letter R - A      |
| Romero | Si, K de kilo                 | Yes, K for Kilo                |
| Female | "N"                           | She says the letter "N"        |
| Romero | Inaudible                     | Inaudible                      |
| Female | K de kilo                     | K like kilo                    |
| Female | Uh, huh                       | Uh, huh                        |
| Romero | Inaudible                     | Inaudible                      |
| Female | Eh                            | Eh                             |
| Romero | M - A                         | He says the letter M - A       |
| Felmale| Haber, delatreame el otro     | Ok, spell it out for me        |
| Romero | C de casa                     | C for house                    |
| Female | M – A, okay esperate…A        | M – A, okay wait….A            |
| Romero | Inaudible                     | Inaudible                      |
| Female | C de casa…K de kilo           | C like house….K like kilo      |
| Romero | E de Ernesto                  | E like Ernesto                 |

2

| Female | Eh | Eh |
|---|---|---|
| Romero | Ernesto | Ernesto |
| Female | E de que? | E for what? |
| Female | E de Ernesto, uh huh | E for Ernesto, uh huh |
| Female | "Y" | "Y" |
| Romero | Numero de telefono es….909… | The telephone number is….909… |
| Female | Uh huh | Uh huh |
| Romero | Inaudible / Uh huh | Inaudible / Uh huh |
| Female | El area 909….909 | The area 909…..909 |
| Romero | 7…..44 | 7….44 |
| Female | 6…27 | 6…27 |
| Romero | 7…4 | 7…4 |
| Female | 44 | 44 |
| ROMERO | Inaudible | Inaudible |
| FEMALE | 7…4 | 7…4 |
| Female | Inaudible | Inaudible |
| Female | Uh huh, y que mas que le digo, o que? | Uh huh, and what else do I say, or what? |
| Female | Oh, uh huh | Oh, uh huh |
| Romero | Inaudible | Inaudible |
| Female | Casi no te escuchas. | I can hardly hear you |
| Romero | Inaudible | Inaudible |
| Female | Uh huh | Uh huh |
| FEMALE | Uh huh | Uh huh |
| ROMERO | Pues, a la mejor hoy | Well, maybe today |
| FEMALE | Bueno, cuando me van hablar? | Ok, when are they going to call me? |

3

| ROMERO | De hoy o manana, te van a hablar | From today or tomorrow, they will call you |
|---|---|---|
| FEMALE | Uh huh | Uh huh |
| ROMERO | Inaudible | Inaudible |
| Romero | Y dile que to llevan con el papa de Alejandro | And tell them to take you to Alejandro's father |
| Female | Uh huh | Uh huh |
| Romero | Alejandro….okay | Alejandro….okay |
| Female | Son mis primos, no? | They're my cousins, right? |
| Romero | Inaudible | Inaudible |
| ROMERO | Te que llevan hablar con el | For them to take to you to talk to him |
| Romero | ….que lo que van a decir | ….what they are going to say |
| ROMERO | Te lleven aya con el papa de ellos y que le digas que lo que van a decir | For them to take you with their father and for you to tell them what they are to say |
| FEMALE | Eh | Eh |
| ROMERO | Dile a la Wendy o a la Carmen que les van hablar | Tell Wendy or Carmen they will be calling them |
| FEMALE | Uh huh | Uh huh |
| ROMERO | Inaudible….telefono | Inaudible….telephone |
| Romero | Eh | Eh |
| Female | Uh huh | Uh huh |
| Romero | Vete ya con | Go already with |
| Female | Uh huh | Uh huh |
| Romero | Inaudible…con el papa de Alejandro | Inaudible…with Alejandro's father |
| Female | Bueno | Okay |
| Romero | Pues alla donde esta su prima | Well where your cousin is at |
|  | Inaudible | Inaudible |

4

| Female | Y eso donde lo voy a ir haber | And when am I going to go |
|---|---|---|
| Female | Eh | Eh |
| Romero | Pues cual prima tienes en Los Angeles | Well which cousin do you have in LA |
| Female | Cual prima? | Which cousin? |
| Romero | Pues, si | Well, yeah |
| Female | A la de, la de la barbacoa | To ahhh, the one from….the one from the barbacoa |
| Romero | Inaudible…..una idea mas or menos | Inaudible….an idea more or less |
| Female | Uh huh, como? | Uh huh, like? |
| FEMALE | Bueno | Okay |
| ROMERO | Inaudible | Inaudible |
| Romero | Pues, si | Well, yeah |
| Female | Uh huh | Uh huh |
| Romero | Inaudible….es de hoy porque yo iba….Inaudible | Inaudible…it's from today because I was…..Inaudible |
| Female | Bueno | Okay |
| FEMALE | Pero…. | But…. |
| ROMERO | Por eso pregunto…. | That's why I'm asking….. |
| FEMALE | Yo no se como se llama el otro senor | I don't know the name of the other man |
| ROMERO | Le preguntas….donde vive….que te lleve con ellos | Ask him…..where he lives….take you to them |
| FEMALE | Uh huh | Uh huh |
| ROMERO | Pues dilo eso porque…. | Well tell them that….. |
| FEMALE | ....a eso le puedo decir aquel, porque aquel sabe | ….I can tell him, that because he knows |
| ROMERO | Pues, si muevete ya hoy una ves | Well, yeah get moving today, like right now |

5

| | | |
|---|---|---|
| FEMALE | Uh huh | Uh huh |
| ROMERO | Pues, si | Well, yeah |
| FEMALE | Uh huh | Uh huh |
| ROMERO | Pues, si o vete tu misma alli…. | Well, or you go yourself |
| FEMALE | Bueno, alli entonces…que le voy a decir y haber que me dice | Okay, there then…..what am I going to tll them and see what they tell me |
| ROMERO | Pues, si | Well, yeah |
| FEMALE | Uh huh | Uh huh |
| ROMERO | Por eso trata de buscarlos…..Inaudibe | That's why try to find them…..Inaudible |
| FEMALE | Y si no los encuentro ahora? | And if I don't find them today? |
| ROMERO | Pues nada mas que la Wendy que dile lo que tienen decir | Well nothing else just tell Wendy what to say |
| FEMALE | Uh huh, y que otra cosa les digo | Uh huh, what else should I tell them |
| ROMERO | Pues, si…pero ya hablale….hablale a Carmen y dile…porque ya les van hablar | Well, yeah…but call her already....call Carmen and tell her…because they will be calling soon |
| FEMALE | Uh huh | Uh huh |
| ROMERO | Sale pues,bye | Okay then, okay bye |
| FEMALE | Uh huh…uh huh | Uh huh…uh huh |
| | End of Phone call #211 | |

6

**Jail Call #212**

| Voice | Transcription | Translation |
|---|---|---|
| Begin | Jail call #212 | August 07, 2019 |
| Romero | Carlos Romero | Carlos Romero |
| Female | Bueno | Hello |
| Romero | Inaudible | Inaudible |
| Female | Aqui en la casa | Here at home |
| Romero | Inaudible | Inaudible |
| Female | Eh | Eh |
| Romero | Uh huh | Uh huh |
| Female | Ya, ya fui | I already, already went |
| Romero | Que es lo que encuentraste? | What did find out? |
| Female | Si | Yes |
| Female | La senora, la mama de la Rayo | The lady, Rayo's mother |
| Romero | Oh | Oh |
| Female | Si | Yes |
| Romero | Y al papa, el papa de Alejandro | And the father, Alejandro's father |
| Female | Eh | Eh |
| Female | No, pues ese no estaba pero yo le dije a la senora….si pues ya | No, he was not there but I told the lady…yes ,well yeah |
| Female | Ya le dije y dice que pues casi no hablan ellos para aca, pero que ella se iba comunicar con ellos para haber si hablaban para decirles | I already told her, and she said that they don't really call her, but that she was going to contact with them and tell them. |
| Romero | Inaudible | Inaudible |
| Female | Si | Yes |

**Draft Transcript**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**USA_0002879**

| Romero | Inaudible | Inaudible |
|---|---|---|
| Female | Uh huh, pues si…ya, ya fui ya…ya le dije y haber pues haber que dice pero si ya la encontre a la mama de la Rayo | Uh huh, well yeah I already told her…I ,I went already, I already told her, we shall see what she says, but yeah. Yes I already found Rayos mom. |
| Romero | Inaudible | Inaudible |
| Female | Uh huh | Uh huh |
| Romero | A las ninas ya les hablaste, A las ninas ya les hablaste | Did you call the girls, did you call the girls. |
| Female | Si | Yes |
| Romero | A las ninas ya les hablaste? | Did you call the girls? |
| Female | Eh | Eh |
| Romero | Inaudible | Inaudible |
| Female | Ya eso les adviso luego | Yes, I advised them right away. |
| Romero | Inaudible | Inaudible |
| Female | Si | Yes |
| Romero | Inaudible | Inaudible |
| Female | Uh huh | Uh huh |
| Female | Si, ya tambien ya le advise a guero y el guero voy a ir Viernes con el | Yes, and I also advised guero already, I am meeting guero on Friday. |
| Romero | Inaudible | Inaudible |
| Female | Si | Yes |
| Romero | Inaudible | Inaudible |
| Female | Uh huh, sale pues. | Uh huh, ok then. |
| Romero | Okay | Okay |
| Female | Uh huh…inaudible…bye | Uh huh…inaudible…bye |
| | End of phone call #212 | |

2

**Draft Transcript**                                                                                              **USA_0002880**

**Jail Call #215 1 of 3**

| Voice | Transcription | Translation |
|---|---|---|
| Begin | Jail call #215 | August 07, 2019 |
| Romero | Carlos Romero | Carlos Romero |
| Romero | Inaudible | Inaudible |
| Daughter | Aqui en la casa dande de comer al gordo. | Here at home feeding gordo. |
| Romero | Aha, ahora que come. | Aha, what does he eat now? |
| Daughter | Porque? | Why? |
| Romero | Inaudible | Inaudible |
| Daughter | Le di este huevo. | I gave him egg |
| Romero | Uh huh | Uh huh |
| Daughter | Le di huevo revuelto | Gave him scrambled eggs |
| Romero | Uh huh ,oh ya come mas la comida | Uh huh, oh does he eat food more. |
| Daughter | Ya. | Yes. |
| Romero | Uh huh | Uh huh |
| Daughter | Ya la come mas. | He eats it more. |
| Romero | Y la leche? O ya casi no? | And milk? Or not much anymore? |
| Daughter | Nomas en las noches ya cuando se va a dormir. | Only at night when he is going to go to sleep. |
| Romero | O, el el dia yo nom toma? | Oh, he doesn't drink it during the day. |
| Daughter | No | No. |
| Romero | O, esta bien | Oh, that's good |
| Daughter | Ahh no, nomas en las noches ya cuando…. se va a dormir. | Ahh, only at night when he is going to go to sleep. |
| Romero | Uh huh, o. | Uh huh,oh. |

1

| | | |
|---|---|---|
| Daughter | Si. | Yes. |
| Romero | No te han hablo? | They haven't called you. |
| Daughter | No. no me han hablado, porque? | No. no they haven't called me, why? |
| Romero | Ya te dijo tu mama, no? | Your mother already told you, right? |
| Daughter | Si. | Yes. |
| Romero | Uh hum si porque. | Uh hum yes because. |
| Daughter | Si. | Yes. |
| Romero | Un ditective aqui. | A detective here |
| Daughter | Uh huh, mmm huh | Uh huh, mmm huh |
| Romero | Di tu numero de telefono y de… Inaudible | Gave your phone number and Inaudible…. Phone number |
| Daughter | Dio este? | You gave this one? |
| Romero | Es el 3131. | It's the 3131. |
| Daughter | O, ok. | Oh, ok. |
| Romero | Inaudible | Inaudible |
| Romero | Si. | Yes. |
| Daughter | Uh huh. | Uh huh. |
| Romero | Si, pues si. | Yes, well yes. |
| Daughter | Uh Huh. | Uh huh. |
| Romero | Si ya sabes lo que vas a decir y todo | You know what you are supposed to say right and everything else. |
| Daughter | Si, si. | Yes, yes. |
| Daughter | Uh huh, Uh huh. | Uh Huh, Uh huh. |
| Romero | Si tambien dile de los primos…. Inaudible | Yes, also tellthem about the cousins. |
| Daughter | Mande? | Excuse me? |
| Romero | De los primos……Inaudible | Tell them about the cousins…. |

2

|  |  | Inaudible |
| --- | --- | --- |
| Daughter | Uh huh…si | Uh huh…yes |
| Romero | Inaudible…sale pues. | Inaudible…well ok |
| Daughter | Mmm huh …mmm huh | Mmm huh …mmm huh |
| Romero | Inaudible | Inaudible |
| Daughter | Inaudible | Inaudible |
| Daughter | Ok pues…Si | All right then…Yes |
| Romero | Inaudible…Que mas hace el gordito? | Inaudible what else is gordito doing? |
| Daughter | Nada, esta aqui. | Nothing he is here. |
| Daughter | Te hablan gordo | They are calling gordo. |

**Jail Call #215 2 of 3**

| Voice | Transcription | Translation |
|---|---|---|
| Continuation | Jail call #215 | August 07, 2019 |
| Daughter | Te hablan. | They are calling you |
| Daughter | Hable le. | Call him. |
| Romero | Inaudible. | Inaudible. |
| Daughter | Oyiste? | Did you hear that? |
| Romero | Como estas? | How are you? |
| Daughter | Esta tomando su agua. | He is drinking his water. |
| Romero | En toma la agua ahora, en su vaso o en la botella? | Does he drink his water in a cup or in a bottle? |
| Daughter | En su, en su vaso, uh huh. | In his cup…uh huh |
| Romero | Esta bien.. | That's good. |
| Daughter | Entre sus vaos. | In his cups. |
| Romero | Uh huh. | Uh huh |
| Daughter | Si, si le doy la botella se la enpina toda y se moja. | Yes, yes I give him his bottle we will drink it really quick and get all wet. |
| Romero | Uh huh. | Uh huh |
| Daughter | Si, uh huh. | Yes uh huh |
| Daughter | Y acaba mas mojdo que otra cosa | And he finishes just wet than anything else. |
| Romero | Inaudible. | Inaudible. |
| Daughter | Mmm huh. | Mmm huh. |
| Romero | Esta bien mija. | That's good my daughter. |
| Daughter | Si a si es…..mmm | Yes, that's the way it is…Mmm |
| Romero | Inaudible. | Inaudible. |
| Daughter | Mmm | Mmm |

1

| | | |
|---|---|---|
| Romero | Inaudible. | Inaudible. |
| Daughter | Uh huh, esta bien | Uh huh |
| Romero | Inaudible. | Inaudible. |
| Daughter | Mmm huh… asi es | Mmm huh, that's the way it is |
| Romero | Inaudible. | Inaudible. |
| Daughter | Le voy a decir, viera dado este numero por que el otro ya no se escucla. | I am going to tell you that should have given this number, because the other one cannot be heard anymore. |
| Romero | Uh huh | Uh Huh. |
| Daughter | Si | Yes. |
| Romero | No pues,… no me acorde de dar el otro numero | Well, I did not remember to give the other phone number. |
| Daughter | Viera dado este porque el otro ya dio las ultimas… inaudible. | You should have given this number the other one is already at end of its… inaudible. |
| Romero | Uh huh | Uh huh |
| Daughter | Mmm huh… inaudible. | Mmm huh… inaudible. |
| Daughter | Esta bien entonces….sabe a que horas me hablan por yo manana voy a ir temrano ala escuela. | That's fine, anyways….Do you know what time they will be calling me because in the morning I will be at school. |
| Romero | Uh huh | Uh huh |
| Daughter | Voy a ir a preinscribir ala Carmen | Im going to pre-register Carmen |
| Romero | Y ala eva? | What about Eva? |
| Daughter | Esa fue hoy pero no me avisaron. | That one was today, but no one advised me. |
| Romero | Uh huh | Uh huh |
| Daughter | Uh huh | Uh huh |
| Romero | Inaudible. | Inaudible. |

2

3

| Daughter | Haber si puedo mnana hacerlo. | We will see if I can do it tomorrow |
| --- | --- | --- |
| Romero | Inaudible. | Inaudible. |
| Daughter | Si le digo que manana la carmen me aviso…..le dijo que aque horas y dice de ocho a a dos de la tarde, pues manana voy a ir. | Yes, I'm telling you that tomorrow, carmen advised me, and I asked her the schedule, she said it was from 8am to 2pm. |
| Romero | Tu vas en la manana | You're going in the morning. |
| Daughter | Pues si luego llegando voy a ir…si porque si llego me voy a disptar tarde … llegando me… la vengo por ella y las vamos. | Well yes, as soon as I arrive I am … because if I arrive I am going to wake up late…Arriving I …. As soon as I arrive we will leave. |
| Romero | Inaudible. | Inaudible. |
| Daughter | Si | Yes. |
| Romero | Uh huh | Uh huh |
| Daughter | Uh huh. | Uh huh. |
| Romero | O. | Oh. |
| Daughter | A si es. | That's the way it is. |
| Romero | Esta bien mija | That's good my daughter. |

**Draft Transcript**                                                                                     **USA_0002886**

1

**Jail Call #215 3 of 3**

| Voice | Transcription | Translation |
|---|---|---|
| Continuation | Jail call #215 | August 07, 2019 |
| Daughter | Mmm huh | Mmm huh |
| Romero | Inaudible | Inaudible |
| Daughter | Si. | Yes. |
| Romero | Inaudible | Inaudible |
| Daughter | Ok pues. | All right then |
| Romero | Inaudible. | Inaudible. |
| daughter | Ok. | Ok. |
| Romero | Inaudible. | Inaudible. |
| Daughter | Si, ok bye. | Yes, ok bye. |
| | End of phone call #215 | |

1

**Draft Transcript**                                                                 **USA_0002887**